# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Paul Yuquilema-Ganan

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Bobby Thompson

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01100-JRT-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: the Courts Memorandum and Order 6 has been satisfied.

Date: 2/23/2026

KATE M. FOGARTY, CLERK